EXHIBIT 1

I94 - Official Website                                                        12/18/17, 1:37 PM


**U.S. Customs and Border Protection**
*Securing America's Borders*

## Most Recent I-94

# For Your Info

Effective April 26, 2013, DHS began automating the admission process.

**Admission (I-94) Record Number :** 20361799485

**Most Recent Date of Entry: 2017 January 10**

**Class of Admission : DA**

**Admit Until Date : 01/09/2018**

**Details provided on the I-94 Information form:**

| | |
|---|---|
| **Last/Surname :** | **RAFIEE** |
| **First (Given) Name :** | **MOHAMMAD** |
| **Birth Date :** | **1979 February 20** |
| **Passport Number :** | **P26677041** |
| **Country of Issuance :** | **Iran** |

Get Travel History

▶ **Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).**

▶ **If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.**

▶ **Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.**

OMB No. 1651-0111
Expiration Date: 12/31/2017

For inquiries or questions regarding your I-94, please click here

Accessibility | Privacy Policy

An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94.

A record of admission printed from the CBP website constitutes a lawful record of admission. *See 8 CFR § 1.4(d).*

## What to do if someone requests your admission info:

If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

For security, close your browser after retrieving your I-94 number.

I-94 Number Retrieval                                                          https://i94.cbp.dhs.gov/I94/request.html



OMB No. 1651-0111
Expiration Date: 11/30/2014

## Admission (I-94) Number Retrieval

Admission (I-94) Record Number: 20454122430

Admit Until Date: D/S

Details provided on Admission (I-94) form:

| | |
|---|---|
| Last/Surname: | Rafiee |
| First (Given) Name: | MOHAMMAD |
| Birth Date: | 1979 February 20 |
| Passport Number: | P26677041 |
| Passport Country of Issuance: | Iran |
| Most Recent Date of Entry: | 2014 February 23 |
| Class of Admission: | J1 |

▶ Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

▶ If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

▶ Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

For inquiries or questions regarding your I-94, please click here.

Accessibility

1 of 1

I-94 Admission Number Retrieval                                    https://i94.cbp.dhs.gov/I94/request.html



**U.S. Customs and Border Protection**
Securing America's Borders

OMB No. 1651-0111
Expiration Date: 11/30/2014

### Admission (I-94) Number Retrieval

**Admission (I-94) Record Number: 20454036230**

**Admit Until Date: D/S**

**Details provided on Admission (I-94) form:**

| | |
|---|---|
| Last/Surname: | Khalafi |
| First (Given) Name: | LIDA |
| Birth Date: | 1978 July 31 |
| Passport Number: | M20354483 |
| Passport Country of Issuance: | Iran |
| Most Recent Date of Entry: | 2014 February 23 |
| Class of Admission: | J2 |

► Effective April 26, 2013, DHS began automating the admission process. An alien lawfully admitted or paroled into the U.S. is no longer required to be in possession of a preprinted Form I-94. A record of admission printed from the CBP website constitutes a lawful record of admission. See 8 CFR § 1.4(d).

► If an employer, local, state or federal agency requests admission information, present your admission (I-94) number along with any additional required documents requested by that employer or agency.

► Note: For security reasons, we recommend that you close your browser after you have finished retrieving your I-94 number.

For inquiries or questions regarding your I-94, please click here.

Accessibility

11/13/2018                                    I94 - Official Website



Passport Number : **P26677041**

Passport Country of Issuance : **Iran**

|   | Date | Type | Location |
|---|------|------|----------|
| 1 | 2017-01-10 | Arrival | CHI |
| 2 | 2016-12-22 | Departure | CHI |
| 3 | 2014-02-23 | Arrival | CHI |

11/13/2018                                    I94 - Official Website



Passport Number : **M20354483**

Passport Country of Issuance : **Iran**

| | Date | Type | Location |
|---|---|---|---|
| 1 | 2017-01-10 | Arrival | CHI |
| 2 | 2016-12-22 | Departure | CHI |
| 3 | 2014-02-23 | Arrival | CHI |

# EXHIBIT 2

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-15-800-23817 | | CASE TYPE I140 IMMIGRANT PETITION FOR ALIEN<br>WORKER |
|---|---|---|
| RECEIPT DATE<br>July 28, 2015 | PRIORITY DATE<br>July 27, 2015 | PETITIONER<br>RAFIEE, MOHAMMAD |
| NOTICE DATE<br>April 5, 2016 | PAGE<br>1 of 1 | BENEFICIARY A208 425 189<br>RAFIEE, MOHAMMAD |

MOHAMMAD RAFIEE
4859 SHEBOYGAN AVE 320
MADISON WI 53705

Notice Type: Approval Notice
Section: Indiv w/Adv Deg or Exceptional
Ability in the National Interest

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local USCIS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to that Service Center. Additional information about eligibility for adjustment of status may be obtained from the local USCIS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.

The Small Business Regulatory Enforcement and Fairness Act established the Office of the National Ombudsman (ONO) at the Small Business Administration. The ONO assists small businesses with issues related to federal regulations. If you are a small business with a comment or complaint about regulatory enforcement, you may contact the ONO at www.ombudsman.sba.gov or phone 202-205-2417 or fax 202-481-5719.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. CITIZENSHIP & IMMIG SERVICE
P.O. BOX 82521
LINCOLN   NE   68501-2521
Customer Service Telephone: 800-375-5283



Form I-797 (Rev. 01/31/05) N

EXHIBIT 3

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | April 22, 2016 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | A208425189 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| LIN1690604061 | April 18, 2016 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| July 27, 2015 | Employment Based 2nd | February 20, 1979 |

MOHAMMAD RAFIEE
C/O MOHAMMAD RAFIEE
4859 SHEBOYGAN AV APT 320
MADISON, WI 53705

20   00004037

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $985.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,070.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

The above application/petition has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:
- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

As a reminder, you may request to change employers under INA 204(j) if your Form I-485 Adjustment application has been pending for at least 180 days and your underlying Form I-140 is approved or is still pending. In order to do so, you should supplement the Form I-485 record of proceeding with documentation relating to the new job offer that forms the basis of the INA 204(j) portability request. For more information on how to request to change employers and what information is required to supplement the Form I-485, please visit www.uscis.gov.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

| USCIS Office Address: | USCIS Customer Service Number: |
|---|---|
| USCIS | (800)375-5283 |
| Nebraska Service Center | |
| P.O. Box 82521 |  |
| Lincoln, NE 68501-2521 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 07/11/14 Y

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | April 22, 2016 |

| CASE TYPE | | USCIS ALIEN NUMBER |
|---|---|---|
| I-485, Application to Register Permanent Residence or Adjust Status | | A214053770 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| LIN1690604058 | April 18, 2016 | 1 of 1 |

| PRIORITY DATE | PREFERENCE CLASSIFICATION | DATE OF BIRTH |
|---|---|---|
| | | July 31, 1978 |

LIDA KHALAFI
C/O LIDA KHALAFI
4859 SHEBOYGAN AV APT 320        20    00004935
MADISON, WI  53705

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $985.00 |
| Biometrics Fee: | $85.00 |
| Total Amount Received: | $1,070.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

The above application/petition has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

Next Steps:
- USCIS will schedule a biometrics appointment for you to have your biometrics electronically captured at a USCIS Application Support Center (ASC). You will be receiving a biometrics appointment notice by mail with the specific date, time, and place where you will have your fingerprints and/or photographs taken.
- You must wait to receive your biometrics appointment notice before going to the ASC for biometrics processing.
- This notice does not serve as your biometrics appointment notice.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

| **USCIS Office Address:** | **USCIS Customer Service Number:** |
|---|---|
| USCIS | (800)375-5283 |
| Nebraska Service Center | |
| P.O. Box 82521 |  |
| Lincoln, NE  68501-2521 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.        Form I-797C  07/11/14  Y

EXHIBIT 4

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | April 22, 2016 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-765, Application for Employment Authorization | | A208425189 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| LIN1690604062 | April 18, 2016 | 1 of 1 |
| | | **DATE OF BIRTH** |
| | | February 20, 1979 |

MOHAMMAD RAFIEE
4859 SHEBOYGAN AV APT 320
MADISON, WI 53705

20     00004938

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $0.00 |
| **Biometrics Fee:** | $0.00 |
| **Total Amount Received:** | $0.00 |
| **Total Balance Due:** | $0.00 |

**NAME AND MAILING ADDRESS**

The above application/petition has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

As a reminder, if you have an underlying Form I-140 that is approved or is still pending, you may request to change employers under INA 204(j) if your Form I-485 Adjustment application has been pending for at least 180 days. In order to do so, you should supplement the Form I-485 record of proceeding with documentation relating to the new job offer that forms the basis of the INA 204(j) portability request. For more information on how to request to change employers and what information is required to supplement the Form I-485, please visit www.uscis.gov.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**USCIS Customer Service Number:**

(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  07/11/14  Y

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | April 22, 2016 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-131, Application for Travel Document | | A208425189 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| LIN1690604063 | April 18, 2016 | 1 of 1 |
| | | **DATE OF BIRTH** |
| | | February 20, 1979 |

PAYMENT INFORMATION:

MOHAMMAD RAFIEE
C/O MOHAMMAD RAFIEE
4859 SHEBOYGAN AV APT 320
MADISON, WI 53705

20   00004939

| | |
|---|---|
| Application/Petition Fee: | $0.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $0.00 |
| Total Balance Due: | $0.00 |



**NAME AND MAILING ADDRESS**

The above case has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

| **USCIS Office Address:** | **USCIS Customer Service Number:** |
|---|---|
| USCIS | (800)375-5283 |
| Nebraska Service Center | |
| P.O. Box 82521 |  |
| Lincoln, NE 68501-2521 | |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.   Form I-797C 07/11/14 Y

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | February 23, 2017 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-765, Application for Employment Authorization | A208425189 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| LIN1790403283 | February 21, 2017 | 1 of 1 |
| | | DATE OF BIRTH |
| | | February 20, 1979 |

MOHAMMAD RAFIEE
4859 SHEBOYGAN AVE APT 320
MADISON, WI  53705

3  00000637

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $0.00 |
| **Biometrics Fee:** | $0.00 |
| **Total Amount Received:** | $0.00 |
| **Total Balance Due:** | $0.00 |

NAME AND MAILING ADDRESS

**Eligibility Category: C09**

The above case has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

As a reminder, if you have an underlying Form I-140 that is approved or is still pending, you may request to change employers under INA 204(j) if your Form I-485 Adjustment application has been pending for at least 180 days.  In order to do so, you should supplement the Form I-485 record of proceeding with documentation relating to the new job offer that forms the basis of the INA 204(j) portability request.  For more information on how to request to change employers and what information is required to supplement the Form I-485, please visit www.uscis.gov.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283.**  If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833.** Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending.  However, **if:**
- You have timely filed to renew your current Form I-766 Employment Authorization Document (EAD); **and**
- Your EAD renewal is under a category that is eligible for an automatic 180-day extension (see www.uscis.gov/I-765 for a list of categories); **and**
- The Category on your current  EAD matches the "Class Requested" listed on this Notice of Action; (Note:  If you are a TPS beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.); **and**
- You do not receive your renewal EAD before your current EAD expires,,
- **then** this Notice of Action automatically extends the validity of your EAD for up to 180 days from the expiration date printed on the face of the card.  If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes.  If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole.  For more information, please visit our website at www.uscis.gov/I-765.

| **USCIS Office Address:** | **USCIS Customer Service Number:** |
|---|---|
| USCIS | (800)375-5283 |
| Nebraska Service Center | |
| P.O. Box 82521 | |
| Lincoln, NE  68501-2521 |  |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.  ·  Form I-797C  07/11/14  Y

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | February 23, 2017 |
| **CASE TYPE** | **USCIS ALIEN NUMBER** |
| I-131, Application for Travel Document | A208425189 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| LIN1790403284 | February 21, 2017 | 1 of 1 |
| | | **DATE OF BIRTH** |
| | | February 20, 1979 |

MOHAMMAD RAFIEE
C/O MOHAMMAD RAFIEE
4859 SHEBOYGAN AV APT 320     3   00000638
MADISON, WI  53705

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $0.00 |
| **Biometrics Fee:** | $0.00 |
| **Total Amount Received:** | $0.00 |
| **Total Balance Due:** | $0.00 |

**NAME AND MAILING ADDRESS**

The above case has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

| USCIS Office Address: | USCIS Customer Service Number: |
|---|---|
| USCIS | (800)375-5283 |
| Nebraska Service Center | |
| P.O. Box 82521 | |
| Lincoln, NE  68501-2521 | |





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  07/11/14 Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | December 22, 2017 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-765, Application for Employment Authorization | | A208425189 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| LIN1890151747 | December 20, 2017 | 1 of 1 |
| | | **DATE OF BIRTH** |
| | | February 20, 1979 |

MOHAMMAD RAFIEE
301 HARBOUR TOWN DR APT 310
MADISON, WI  53717

7   00001925

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $0.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $0.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

**Eligibility Category: C09**

The above case has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

As a reminder, if you have an underlying Form I-140 that is approved or is still pending, you may request to change employers under INA 204(j) if your Form I-485 Adjustment application has been pending for at least 180 days. In order to do so, you should supplement the Form I-485 record of proceeding with documentation relating to the new job offer that forms the basis of the INA 204(j) portability request. For more information on how to request to change employers and what information is required to supplement the Form I-485, please visit www.uscis.gov.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, if:
- You have timely filed to renew your current Form I-766 Employment Authorization Document (EAD); **and**
- Your EAD renewal is under a category that is eligible for an automatic 180-day extension (see www.uscis.gov/I-765 for a list of categories); **and**
- The Category on your current EAD matches the "Class Requested" listed on this Notice of Action; (Note: If you are a TPS beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.); **and**
- You do not receive your renewal EAD before your current EAD expires;
- then this Notice of Action automatically extends the validity of your EAD for up to 180 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at www.uscis.gov/I-765.

| USCIS Office Address: | USCIS Customer Service Number: |
|---|---|
| USCIS | (800) 375-5283 |
| Nebraska Service Center | |
| P.O. Box 82521 |  |
| Lincoln, NE  68501-2521 | |



**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | December 22, 2017 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-131, Application for Travel Document | | A208425189 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| LIN1890151748 | December 20, 2017 | 1 of 1 |
| | | **DATE OF BIRTH** |
| | | February 20, 1979 |

**PAYMENT INFORMATION:**

MOHAMMAD RAFIEE
C/O MOHAMMAD RAFIEE
301 HARBOUR TOWN DR APT 310
MADISON, WI 53717

7   00001924

| | |
|---|---|
| **Application/Petition Fee:** | $0.00 |
| **Biometrics Fee:** | $0.00 |
| **Total Amount Received:** | $0.00 |
| **Total Balance Due:** | $0.00 |

NAME AND MAILING ADDRESS

The above case has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**USCIS Customer Service Number:**

(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.       Form I-797C  07/11/14  Y

Department of Homeland Security
U.S. Citizenship and Immigration Servic

F  m I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | April 22, 2016 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-765, Application for Employment Authorization | | A214053770 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| LIN1690604059 | April 18, 2016 | 1 of 1 |
| | | DATE OF BIRTH |
| | | July 31, 1978 |

**PAYMENT INFORMATION:**

LIDA KHALAFI
4859 SHEBOYGAN AV APT 320
MADISON, WI 53705          20   00004934

| | |
|---|---|
| Application/Petition Fee: | $0.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $0.00 |
| Total Balance Due: | $0.00 |

ililialiqlllballlllglillqaldaipliaplalplallphal

NAME AND MAILING ADDRESS

The above case has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

**USCIS Customer Service Number:**

(800)375-5283



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  07/11/14  Y

Department of Homeland Security
U.S. Citizenship and Immigration Servic

**Form I-797C, Notice of Action**

# THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | | NOTICE DATE |
|---|---|---|---|
| Receipt | | | April 22, 2016 |
| **CASE TYPE** | | | **USCIS ALIEN NUMBER** |
| I-131, Application for Travel Document | | | A214053770 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | | **PAGE** |
| LIN1690604060 | April 18, 2016 | | 1 of 1 |
| | | | **DATE OF BIRTH** |
| | | | July 31, 1978 |

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $0.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $0.00 |
| Total Balance Due: | $0.00 |

LIDA  KHALAFI
C/O LIDA KHALAFI
4859 SHEBOYGAN AV APT 320          20      00004936
MADISON, WI  53705

|ıll|ıɐ⟩ıɐɐll|ɐlɪ⟩ıɐ||ıɐ|ɪlɪ||ɪ|ɐ⟩ɪɐ|ɪɐɐ||llɐɪl|ɪ|ɐ||ɪll|ɐ|

NAME AND MAILING ADDRESS

The above case has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS
Nebraska Service Center
P.O. Box 82521
Lincoln, NE  68501-2521

**USCIS Customer Service Number:**

(800)375-5283





If this is an interview or biometrics appointment notice, please see the back of this notice for important information.      Form I-797C  07/11/14  Y

Department of Homeland Security
U.S. Citizenship and Immigration Service

F  m I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | March 22, 2017 |
| CASE TYPE | USCIS ALIEN NUMBER |
| I-765, Application for Employment Authorization | A214053770 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| LIN1790463101 | March 15, 2017 | 1 of 1 |
| | | DATE OF BIRTH |
| | | July 31, 1978 |

LIDA KHALAFI
4859 SHEBOYGAN AVE APT 320
MADISON, WI 53705

16   00004287

⑁|⑂⑀|⑁⑁⑀⑁|⑀||⑁⑀⑁||⑀⑁||⑁||||⑁⑁⑀|⑁⑁|⑀⑁

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $0.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $0.00 |
| Total Balance Due: | $0.00 |

**NAME AND MAILING ADDRESS**

**Eligibility Category: C09**

The above case has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

As a reminder, if you have an underlying Form I-140 that is approved or is still pending, you may request to change employers under INA 204(j) if your Form I-485 Adjustment application has been pending for at least 180 days. In order to do so, you should supplement the Form I-485 record of proceeding with documentation relating to the new job offer that forms the basis of the INA 204(j) portability request. For more information on how to request to change employers and what information is required to supplement the Form I-485, please visit www.uscis.gov.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, **if**:
- You have timely filed to renew your current Form I-766 Employment Authorization Document (EAD); **and**
- Your EAD renewal is under a category that is eligible for an automatic 180-day extension (see www.uscis.gov/I-765 for a list of categories); **and**
- The Category on your current EAD matches the "Class Requested" listed on this Notice of Action; (Note: If you are a TPS beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.); **and**
- You do not receive your renewal EAD before your current EAD expires;,
- **then** this Notice of Action automatically extends the validity of your EAD for up to 180 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at www.uscis.gov/I-765.

| **USCIS Office Address:** | **USCIS Customer Service Number:** |
|---|---|
| USCIS | (800)375-5283 |
| Nebraska Service Center | |
| P.O. Box 82521 | |
| Lincoln, NE  68501-2521 | |





Department of Homeland Security
U.S. Citizenship and Immigration Service

F   m I-797C, Notice of Action

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | March 22, 2017 |
| CASE TYPE | | USCIS ALIEN NUMBER |
| I-131, Application for Travel Document | | A214053770 |
| RECEIPT NUMBER | RECEIVED DATE | PAGE |
| LIN1790463102 | March 15, 2017 | 1 of 1 |
| | | DATE OF BIRTH |
| | | July 31, 1978 |

LIDA KHALAFI
C/O LIDA KHALAFI
4859 SHEBOYGAN AV APT 320          16   00004286
MADISON, WI 53705

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $0.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $0.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

The above case has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

| **USCIS Office Address:** | **USCIS Customer Service Number:** |
|---|---|
| USCIS | (800)375-5283 |
| Nebraska Service Center | |
| P.O. Box 82521 |  |
| Lincoln, NE  68501-2521 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  07/11/14  Y

**Department of Homeland Security**
U.S. Citizenship and Immigration Servic

**F~m I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | January 02, 2018 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-765, Application for Employment Authorization | | A214053770 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| LIN1890164227 | December 28, 2017 | 1 of 1 |
| | | **DATE OF BIRTH** |
| | | July 31, 1978 |

| | PAYMENT INFORMATION: | |
|---|---|---|
| LIDA KHALAFI | **Application/Petition Fee:** | $0.00 |
| 301 HARBOUR TOWN DR APT 310      7   00002201 | **Biometrics Fee:** | $0.00 |
| MADISON, WI 53717 | **Total Amount Received:** | $0.00 |
| | **Total Balance Due:** | $0.00 |

‖‖‖·‖···‖‖‖‖‖·‖‖‖·‖·‖·‖·‖·‖·‖‖·‖·‖‖·‖·‖‖·‖·‖‖·‖·‖

**NAME AND MAILING ADDRESS**

**Eligibility Category: C09**

The above case has been received by our office and is in process. Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

As a reminder, if you have an underlying Form I-140 that is approved or is still pending, you may request to change employers under INA 204(j) if your Form I-485 Adjustment application has been pending for at least 180 days. In order to do so, you should supplement the Form I-485 record of proceeding with documentation relating to the new job offer that forms the basis of the INA 204(j) portability request. For more information on how to request to change employers and what information is required to supplement the Form I-485, please visit www.uscis.gov.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

This notice, by itself, does not grant any immigration status or benefit, nor is it evidence that this case is still pending. However, **if**:
- You have timely filed to renew your current Form I-766 Employment Authorization Document (EAD); **and**
- Your EAD renewal is under a category that is eligible for an automatic 180-day extension (see www.uscis.gov/I-765 for a list of categories); **and**
- The Category on your current EAD matches the "Class Requested" listed on this Notice of Action; (Note: If you are a TPS beneficiary or applicant, your EAD and this Notice must contain either the A12 or C19 class, but they do not need to match each other.); **and**
- You do not receive your renewal EAD before your current EAD expires;,
- **then** this Notice of Action automatically extends the validity of your EAD for up to 180 days from the expiration date printed on the face of the card. If all of the above conditions apply with respect to your EAD renewal application, you may present this Notice of Action with your expired EAD to your employer for employment eligibility verification (Form I-9) purposes. If your renewal application is denied, the automatic extension immediately terminates, and you may not provide this Notice of Action with your expired EAD for Form I-9 purposes. If your EAD is a combo card, the automatic extension does not apply to advance parole. For more information, please visit our website at www.uscis.gov/I-765.

| **USCIS Office Address:** | **USCIS Customer Service Number:** |
|---|---|
| USCIS | (800)375-5283 |
| Nebraska Service Center | |
| P.O. Box 82521 |  |
| Lincoln, NE 68501-2521 | |

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C  07/11/14  Y

**Department of Homeland Security**
U.S. Citizenship and Immigration Servic

**Form I-797C, Notice of Action**

| THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT. |
|---|

| NOTICE TYPE | | NOTICE DATE |
|---|---|---|
| Receipt | | January 02, 2018 |
| **CASE TYPE** | | **USCIS ALIEN NUMBER** |
| I-131, Application for Travel Document | | A214053770 |
| **RECEIPT NUMBER** | **RECEIVED DATE** | **PAGE** |
| LIN1890164228 | December 28, 2017 | 1 of 1 |
| | | **DATE OF BIRTH** |
| | | July 31, 1978 |

**PAYMENT INFORMATION:**

LIDA KHALAFI
C/O LIDA KHALAFI
301 HARBOUR TOWN DR APT 310
MADISON, WI 53717

7    00002200

| | |
|---|---|
| Application/Petition Fee: | $0.00 |
| Biometrics Fee: | $0.00 |
| Total Amount Received: | $0.00 |
| Total Balance Due: | $0.00 |

----- barcode -----

NAME AND MAILING ADDRESS

The above case has been received by our office and is in process.

Please verify your personal information listed above and immediately notify the USCIS National Customer Service Center at the phone number listed below if there are any changes.

Please note that if a priority date is printed on this notice, the priority does not reflect earlier retained priority dates.

If you have questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**. Please also refer to the USCIS website: www.uscis.gov.

If you have any questions or comments regarding this notice or the status of your case, please contact our customer service number.

You will be notified separately about any other case you may have filed.

| **USCIS Office Address:** | **USCIS Customer Service Number:** |
|---|---|
| USCIS | (800)375-5283 |
| Nebraska Service Center | |
| P.O. Box 82521 |  |
| Lincoln, NE  68501-2521 | |



If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  07/11/14  Y

Mohammad Rafiee EAD 1



Mohammad Rafiee EAD 2



Mohammad Rafiee EAD 3



Lida Khalafi EAD 1



Lida Khalafi EAD 2



Lida Khalafi EAD 3



Lida Khalafi AP1

| Department of Homeland Security | | | **I-512L, Authorization for Parole** |
| U.S. Citizenship and Immigration Services | | | **of an Alien Into the United States** |

| (Family Name) | (Given Name) | (Middle Initial) | Date Issued | |
| | | | | June 28, 2016 |

KHALAFI, LIDA

A# A214053770    LIN1690604060

| Date of Birth (Month/Day/Year) | Country of Birth | (City or Town) | (State or Province) | (Country) |
| 07/31/1978 | IRAN | | | |

| U.S. Address (Apt number and/or in care of) | (Street Number and Name) | (City) | (State or Province) | (Zip/Postal Code) |
| 4859 SHEBOYGAN AV APT 320, MADISON  WI  53705 | | | | |

**TRAVEL AUTHORIZATION:** Presentation of the original of this document authorizes a transportation line to accept the named bearer on board for travel to the United States without liability, under section 273 of the Immigration and Nationality Act (Act) for bringing an alien who does not have a visa.

**PAROLE:** The named bearer of this authorization is an applicant for adjustment of status under the Act. The bearer departed the United States temporarily and intends to return to the United States to resume processing of the adjustment of status application. Presentation of the original of this document prior to     June 27, 2017     allows a Customs and Border Protection (CBP) Inspector at a port-of-entry to parole the named bearer, whose photograph appears hereon, into the United States based upon urgent humanitarian reasons or significant public benefit. **This authorization is valid for multiple applications for parole into the United States during the validity period noted above.** Each parole period shall not exceed one year from the date of parole at the port-of-entry.

**X**    Approved

Conditions/comments:

**NOTICE - READ BEFORE YOU TRAVEL ABROAD**

**Parole is not admission into the United States.** Presentation of this authorization will allow a CBP Inspector at a port-of-entry to parole you into the United States, which will allow you to resume your application for adjustment of status. Parole is not an "admission," so even after your parole you will remain an "applicant for admission." If you are found inadmissible, you will need to apply and qualify for a waiver of inadmissibility. If your adjustment application is denied, you may be subject to removal proceedings as an inadmissible alien under 235(b)(1) or 240 of the Act.

**Parole into the United States is not guaranteed.** In all cases, you are still subject to immigration inspection at a port-of-entry to determine whether you are eligible to come into the United States via the terms of this document. Even if you have previously been granted parole, the Department of Homeland Security retains discretion to deny you parole if the Department determines approving your parole application would not serve the public interest of the United States.

**Travel Warning Regarding Unlawful Presence.** If you have been unlawfully present in the United States, you may wish to ask an immigration attorney or a representative at an immigrant assistance organization accredited by the Board of Immigration Appeals (BIA) whether leaving the United States would make you inadmissible and therefore ineligible for adjustment of status. Under section 212(a)(9)(B)(i) of the Act, aliens who depart the United States after being unlawfully present in the United States for certain periods may become subject to new or additional grounds of inadmissibility because of their travel abroad. If you were unlawfully present in the United States for more than 180 days after April 1, 1997, you may be found inadmissible when you return to the United States. If you were unlawfully present in the United States for more than 180 days but less than one year after April 1, 1997 and then departed voluntarily before the start of removal proceedings, you are inadmissible for three years. If you were unlawfully present for one year or more after April 1, 1997 and then departed, you are inadmissible for ten years. **Obtaining advance authorization for parole will not relieve you of inadmissibility under 212(a)(9)(B)(i).**

**Inadmissibility in general.** If you have concerns about admissibility and waivers you should contact an immigration attorney or an immigrant assistance organization accredited by the BIA before making foreign travel plans.

Nebraska Service Center
850 S. Street
Lincoln, NE 68508
(Authorizing Office)

**Parole Stamp**

*Mark Hazuda*

Mark Hazuda



DEPARTMENT OF HOMELAND SECURITY
PAROLED
Until  07 JAN 2017
Purpose  047-2075

JAN 2017  OFI 1200
DEPARTMENT OF HOMELAND SECURITY

Form I-512L (Rev. 08/31/05)Y

EXHIBIT 5

**First Inquiry (by Myself):**

U.S. Department of Homeland Security
P.O. BOX 82521
NEBRASKA SERVICE CENTER
LINCOLN,NE 68501

U.S. Citizenship and Immigration Services
Saturday, February 4, 2017

Emailed to mrafiee@chem.wisc.edu

Dear Mohammad Rafiee:

On 01/12/2017 you, or the designated representative shown below, contacted us about your case.  Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I485

Filing date:
-- 04/18/2016

Receipt #:
-- LIN-16-906-04061

Referral ID:
SR10121707867NSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- 208425189

Type of service requested:
-- Outside Normal Processing Times


The status of this service request is:

U.S. Citizenship and Immigration Services (USCIS) records show that your case is currently pending adjudication. However, we have had to perform additional reviews on your case, and this has caused a longer processing time.

We hope this information is helpful and appreciate your continued patience.

2

**Second Inquiry (by Myself)**

U.S. Department of Homeland Security
P.O. BOX 82521
NEBRASKA SERVICE CENTER
LINCOLN,NE 68501

U.S. Citizenship and Immigration Services
Thursday, July 6, 2017

Emailed to mrafiee@chem.wisc.edu

Dear Mohammad Rafiee:

On 06/21/2017 you, or the designated representative shown below, contacted us about your case.  Some of the key information given to us at that time was the following:

Caller indicated they are:
-- Applicant or Petitioner

Attorney Name:
-- Information not available

Case type:
-- I485

Filing date:
-- 04/18/2016

Receipt #:
-- LIN-16-906-04061

Referral ID:
SR11721707247NSC
Beneficiary (if you filed for someone else):
-- Information not available

Your USCIS Account Number (A-number):
-- Information not available

Type of service requested:
-- Outside Normal Processing Times

The status of this service request is:

U.S. Citizenship and Immigration Services (USCIS) records show that your case is currently pending adjudication. However, we have had to perform additional reviews on your case, and this has caused a longer processing time.

We hope this information is helpful and appreciate your continued patience.

3

**Third Inquiry by Wisconsin Senator (Tammy Baldwin) on September 2017**

This email message is in reply to your inquiry regarding the Form I-485, Application to Register Permanent Residence or Adjust Status (LIN1690604061), which your constituent, Mr. Mohammad Rafiee, filed with USCIS on April 18, 2016.

USCIS electronic records indicate that, following the completion of a standard element of the background check process, your constituent's permanent residency case was referred to another background check process which is not yet complete.  The adjudication of Mr. Rafiee's Form I-485 will continue to be held in abeyance at the Nebraska Service Center (NSC) until after the necessary clearance is received.  Additionally, please note that we are generally unable to grant requests for expedited processing in Form I-485 cases.

While we are unable to determine the date on which the necessary clearance will be received and when Mr. Rafiee's permanent residency case will be returned to an adjudicating officer, you may follow-up with the NSC Congressional Unit after approximately 60-90 days from the date of this email message.

**Forth Inquiry by Wisconsin Senator (Tammy Baldwin) on December 2017**

"This email message is in reply to your inquiry regarding the Form I-485, Application to Register Permanent Residence or Adjust Status (LIN1690604061), which your constituent, Mr. Mohammad Rafiee, filed with USCIS on April 18, 2016. From a current review of USCIS electronic records, we are informed that the background check process mentioned in our previous correspondence remains active. The adjudication of Mr. Rafiee's permanent residency application will be suspended at the Nebraska Service Center (NSC) until after this process is complete and the necessary clearance is received.

Please note that the issues reviewed in the background check process vary from case to case; and in some cases, the completion of this process can take much longer than other cases. We are unable to provide details pertaining to the background check process, including a summary of the issues and procedures which may be involved. However, taking into consideration the seriousness and complexity of the issues that are reviewed in the aforementioned process and the resources that are necessary for its completion, the background check process in Mr. Rafiee's case will likely be very lengthy.

Again, we are unable to determine the date on which the necessary clearance will be received and when Mr. Rafiee's permanent residency case will be returned to an adjudicating officer. However, if you choose to follow-up with the NSC Congressional Unit after approximately 90 days from the date of this email message, we would be pleased to provide an additional case status update based on the future inquiry from your office and available information."

5

**Fifth Inquiry (by Myself):**
I had a service request by phone on April 4th, and they sent me a letter on April 11, 2018.

Dear Mohammad Rafiee
On 04/04/2018 you or your reperesentative contacted USCIS concerning your for I485 (Application to Regisdter Permanent Residence or Adjust Status), to notify us that your case is outside of normal processing times. Below is a sumary of what we found and how the issue has been or may be resolved.

What we found:
We have placed your cas on a processing hold because the required sequrity checks remain pending. Until we receive the result of these security checks, we cannot move forward on your case. We require the results of security checks before we make the decission on any pending case. We cannot predict when we will receive the results of these sequrity checks. Please be assured that we will make every effort to make a decission regarding your Service Request as soon as the security checks are complete.

What you can do:
No further action is required from you at this time. You will be contacted regarding continued processing of your case once security checks have been completed.
We hope this information is helpful to you.

Kay F. Leopold
Field Office Director

6

## Sixth Inquiry by a lawyer:

My lawyer had a service request by on May 23, and they sent me a letter on May 30, 2018.



U.S. Department of Homeland Security
USCIS
310 East Knapp Street
Milwaukee, WI 53202

**U.S. Citizenship and Immigration Services**

Wednesday, May 30, 2018

BAZARBAN, DAVID
BAZARBAN LAW FIRM
STATEN ISLAND NY 10305

**ATTORNEY COPY**

MOHAMMAD RAFIEE
301 HARBOR TOWN DR
APT 310
MADISON WI 53717

Dear Mohammad Rafiee:

On 05/23/2018, you or the designated representative shown below, contacted us about your case.  Some of the key information given to us at that time was the following:

| | |
|---|---|
| Caller Indicated they are: | Applicant or Petitioner |
| Attorney Name: | BAZARBAN, DAVID |
| Case type: | I485 |
| Filing date: | 04/18/2016 |
| Receipt #: | LIN-16-906-04061 |
| Referral ID: | T1D143180I227NSC |
| Beneficiary (if you filed for someone else): | Information not available |
| Your USCIS Account Number (A-number): | Information not available |
| Type of service requested: | Outside Normal Processing Times |

The status of this service request is:

On 05/23/2018, you or your representative contacted USCIS concerning your Form I485 (Application to Register Permanent Residence or Adjust Status), to notify us that you believe your case is outside our normal processing times. Below is a summary of what we found and how the issue has been or may be resolved.

What We Found:

We have placed your case on a processing hold because the required security checks remain pending. Until we receive the results of these security checks, we cannot move forward on your case. We require the results of security checks before we make a decision on any pending case. We cannot predict when we will receive the results of these security checks. Please be assured that we will make every effort to make a decision regarding your Service Request as soon as the security checks are complete.

What You Can Do:

No further action is required from you at this time. You will be contacted regarding continued processing of your case once security checks have been completed.

U.S. CIS - 05-30-2018 10:43 AM CDT - LIN-16-906-04061

7

**Seventh Inquiry (Infopass)**

I went to USCIS Milwaukee Field Office on June 19, 2018 for an infopass and they have told me: recently the processing times are getting longer and yours because of nationality is taking even longer. We cannot do anything before getting the background checking, and it is not done by USCIS.



**U.S. Department of Homeland Security**
USCIS
310 East Knapp Street
Milwaukee, WI 53202

# U.S. Citizenship and Immigration Services

Wednesday, May 30, 2018

BAZARBAN, DAVID
BAZARBAN LAW FIRM
STATEN ISLAND NY 10305

**ATTORNEY COPY**

MOHAMMAD RAFIEE
301 HARBOR TOWN DR
APT 310
MADISON WI 53717

Dear Mohammad Rafiee:

On 05/23/2018, you or the designated representative shown below, contacted us about your case.  Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | BAZARBAN, DAVID |
| **Case type:** | I485 |
| **Filing date:** | 04/18/2016 |
| **Receipt #:** | LIN-16-906-04061 |
| **Referral ID:** | T1D1431801227NSC |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Outside Normal Processing Times |

The status of this service request is:

On 05/23/2018, you or your representative contacted USCIS concerning your Form I485 (Application to Register Permanent Residence or Adjust Status), to notify us that you believe your case is outside our normal processing times. Below is a summary of what we found and how the issue has been or may be resolved.

What We Found:
We have placed your case on a processing hold because the required security checks remain pending. Until we receive the results of these security checks, we cannot move forward on your case. We require the results of security checks before we make a decision on any pending case. We cannot predict when we will receive the results of these security checks. Please be assured that we will make every effort to make a decision regarding your Service Request as soon as the security checks are complete.

What You Can Do:
No further action is required from you at this time. You will be contacted regarding continued processing of your case once security checks have been completed.

U.S. CIS - 05-30-2018 10:43 AM CDT - LIN-16-906-04061

**Scanned with CamScanner**



**MAGGIO KATTAR**

Immigration + Nationality Attorneys

Anna Gallagher Attorney + Shareholder

June 12, 2018

USCIS
310 East Knapp Street
Milwaukee, WI 53202

Re:     **Mohammad Rafiee A 208 425 189**
        **Lida Khalafi, derivative spouse**

Dear Sir/Madam:
We represent Mr. Mohammad Rafiee and his wife, Lida Khalafi, in matters relating to their immigration status in the United States. Mr. Rafiee is appearing at an INFOPASS appointment to inquire about the status of his and his wife's applications for adjustment of status based on his approved I-140 Petition.

Below is the relevant timeline and information as relates to this inquiry:

- **I-140 Immigrant Petition for Alien Worker:** This petition was approved **on April 5, 2016** in the EB2 visa category for Mr. Rafiee as an individual with an Advance Degree or Exceptional Ability in the National Interest. *See attached approval notice.* Spouse Lida Khalafi was included as a derivative in this petition.
- **I-485 Application to Register Permanent Residence or Adjust Status:** These applications for husband and wife were filed with USCIS **on April 18, 2016.** *See attached receipts.*

Under current processing times, USCIS Milwaukee is adjudicating petitions within eleven to 14.5 months of filing.   Mr. Rafiiee and his wife's applications have now been pending for double the current processing times.   He has scheduled this INFOPASS to confirm when he and his wife will be scheduled for interviews on their applications with your office.  Given the lengthy delay, we request that they be scheduled immediately.   We thank you for your time and look forward to a positive response.

Sincerely,

Anna Gallagher

MAGGIO KATTAR NAHAJZER + ALEXANDER, PC

1800 Massachusetts Avenue NW  Suite 300  Washington DC 20036  *tel* 202.483.0053  *fax* 202.483.6801  www.maggio-kattar.com

# EXHIBIT 6

**Rena Meisler**

| | |
|---|---|
| **From:** | CIS Ombudsman Service <cisombudsman@HQ.DHS.GOV> |
| **Sent:** | Thursday, June 28, 2018 9:58 AM |
| **To:** | Anna Gallagher |
| **Cc:** | Rena Meisler |
| **Subject:** | Ombudsman Request Number 201807238 for Mohammad Rafiee |

Dear Sir or Madam:

Thank you for the recent request for case assistance that you submitted to the Office of the Citizenship and Immigration Services Ombudsman.  Below is a copy of your submission for your records.

Your submission will be reviewed to determine how our office may assist.  If we are able to help, you will receive correspondence from our office within 90 to 120 business days.  While we normally try to assist with requests within 45 business days, we are currently experiencing a backlog of requests for assistance.  We appreciate your patience.  If our office is unable to assist, we will notify you promptly.

**\*\*\*CHANGE OF ADDRESS\*\*\***  Please note that if the petitioner or applicant changes mailing address, the individual will need to notify USCIS.  The individual will need to complete both the Form AR-11 and contact USCIS to update the mailing address for each pending application or petition.  USCIS offers an Online Change of Address system that allows the individual to complete both steps electronically:  https://egov.uscis.gov/coa/displayCOAForm.do.  For more information, please see USCIS' website on Online Change of Address Information, which can be found at https://www.uscis.gov/addresschange.  You will need the receipt numbers for all pending applications or petitions.

You may contact us at 1-855-882-8100 (toll-free), (202) 357-8100 (local) or cisombudsman@hq.dhs.gov.  Please reference your unique request number 201807238 if you have any questions or need further assistance.

Sincerely,

Office of the Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Washington, DC 20528-0180
Toll-Free: 1-855-882-8100
Phone: 202-357-8100
Email: cisombudsman@hq.dhs.gov
Web: www.dhs.gov/cisombudsman

| Citizenship and Immigration Services Ombudsman – Case Assistance (DHS-7001) | |
|---|---|
| **Ombudsman Request Number:** | 201807238 |

| Applicant/Beneficiary/Petitioner | |
|---|---|
| Name: | Mohammad Rafiee |
| Contact Information: | 301 Harbour Town Drive<br><br>Madison Wisconsin  53717<br><br>United States<br>Primary E-mail Address (to receive Ombudsman updates):<br>rena.meisler@maggio-kattar.com<br>Phone:  2024830053<br>Fax:<br>Please Send any future correspondences through the U.S. Postal Service. |
| Date of Birth: | 2/20/1979 7:00 PM |
| Country of Birth: | Iran |
| Alien Registration Number: | A A208425189 |
| Application/Petition Information | |
| Application/Petition Information: | USCIS Receipt Date: |
| | USCIS Form: |
| | Receipt Number: |
| Type of Immigration Benefit Sought: | Nonimmigrant Status (ex. Student): No<br>Immigrant Status (ex. Permanent Residency): Yes<br>Citizenship or Naturalization: No<br>Asylum or Refugee Status: No<br>Interim Benefits (ex. Employment Authorization): No<br>Waiver (ex. Waiver of Grounds of Inadmissibility): No<br>Other (specify): |
| Case Description | |
| Reason for Case Assistance Request: | I am facing or am about to face an immediate adverse action or impact, an emergency or any other type of significant hardship, caused by an action/inaction/delay in processing by USCIS, or a problem that could not be resolved through the normal processes provided for by the USCIS. No<br><br>I am facing a problem not resolved by normal USCIS Processes: (Fill this later when fields are updated from DTaaS).<br><br>I am experiencing processing delays with a case that are beyond anticipated processing times. Yes |

| | I am incurring or am about to incur significant and unusual costs (including fees for professional representation that are not normally incurred). No |
|---|---|
| | I have received action or decision that involves clear errors of fact or misapplication of law by USCIS. (Add after new fields updated). |
| | Other (specify): No |
| **Description:** | My I-485 has been pending since April 22, 2016, which is now more than 2 years. I have placed inquiries, attended INFOPASS appointments, has congressional representatives contact USCIS on my behalf but no action has been taken. |

| Prior Actions Taken to Remedy the Problem |
|---|

| | Visited USCIS My Case Status at www.uscis.gov. Yes |
|---|---|
| | Contacted the National Customer Service Center (NCSC) for information and/or assistance regarding this case at their toll-free number 1-800-375-5283. Yes |
| | SR10121707867NSC |
| | Attended an InfoPass Appointment with USCIS. Yes |
| | Sent email to USCIS   No |
| **Prior Actions Taken to Remedy the Problem:** | Contacted a U.S. Government Agency. No |
| | Contacted a Congressional Representative.   Yes |
| | Tammy Baldwin |
| | Please Describe: 2ns service request - SR11721707247NSC, 3rd request: TID1431801227NSC |

| Person Preparing this Form |
|---|

| **Person Preparing This Form:** | An attorney/accredited representative |
|---|---|

3

| Attorney/Accredited Representative | |
|---|---|
| **Attorney/Representative Information:** | Anna Marie Gallagher<br>Phone: 2024830053<br><br>I have submitted a Form G-28 to USCIS as the attorney/accredited representative regarding applications or petitions related to this inquiry. A copy of my Form G-28 is attached. Yes<br><br>I am an accredited representative of a religious, charitable, social service or similar organization established in the United States and recognized by the Board of Immigration Appeals pursuant to 8 CFR 292.1.  The name and address of my organization is provided above. No<br><br>I am an attorney and a member in good standing of the bar of the highest court of the following State, territory, insular possession, or District of Columbia and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law. [y/n value from field] [text entry from field(s) added to OCA for state/court] No<br><br>Other: No |
| **Supporting Documentation** | |
| **Supporting Documentation:** | Attachments will be faxed. No<br>Attachments will be emailed. No<br>Attachments will be mailed. No<br><br>**Do not mail original documents. Only mail copies of documents.** |
| **Verification** | |
| **Signature:** | Mohammad Rafiee<br>Anna Gallagher |



Homeland
Security

🖨 Print Confirmation Page

OMB 1601-0004;  Exp. 07/31/2018

## Citizenship and Immigration Services Ombudsman

### Case Assistance (DHS-7001)

## Confirmation

| | |
|---|---|
| **Case Number:** | 201807238 |
| **Date:** | 6/28/2018 |

---

### Ombudsman's Office Contact Information

Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Attention: Case Assistance
Mail Stop 0180
Washington, DC 20528-0180
Fax Number: 202-357-0042

**If you do not receive a confirmation email in connection with your request to the Ombudsman's Office, please contact our office by email at cisombudsman@hq.dhs.gov or by calling us at 1-855-882-8100 (toll-free) or 202-357-8100 (local).**

---

### Personal Identification Information:

Mohammad Rafiee
301 Harbour Town Drive
301
Madison, WI 53717 US
Email Address: rena.meisler@maggio-kattar.com
Phone Number: 2024830053
A Number: 208425189

---

### Attorney/Accredited Representative Information:

Anna Gallagher
1800 Massachusetts Ave NW
300
Washington, DC 20036 US
Email Address: agallagher@maggio-kattar.com
Phone Number: 2024830053

Your data has been submitted.

Back to **Form DHS-7001**                              Go to **www.dhs.gov/cisombudsman**
(form7001.aspx)                                        (http://www.dhs.gov/cisombudsman)

**Rena Meisler**

| | |
|---|---|
| **From:** | CIS Ombudsman Service <cisombudsman@HQ.DHS.GOV> |
| **Sent:** | Wednesday, November 07, 2018 11:44 AM |
| **To:** | Rena Meisler |
| **Subject:** | Update: Ombudsman Request Number 201807238 for Mohammad Rafiee |

Dear Sir or Madam,

The Ombudsman's Office has reviewed your request for case assistance and contacted U.S. Citizenship and Immigration Services (USCIS) regarding your application/petition.

We will notify you when we receive information from USCIS.

Please note that if the petitioner or applicant changes mailing address, the individual will need to notify USCIS. The individual will need to complete both the Form AR-11 and contact USCIS to update the mailing address for each pending application or petition. USCIS offers an Online Change of Address system that allows the individual to complete both steps electronically: https://egov.uscis.gov/coa/displayCOAForm.do. For more information, please see USCIS' website on Online Change of Address Information, which can be found at https://www.uscis.gov/addresschange. You will need the receipt numbers for all pending applications or petitions.

If your circumstances change, you may contact us at cisombudsman@hq.dhs.gov and reference your nine-digit case inquiry number.

Sincerely,

Office of the Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Washington, DC
Phone (toll free): 1-855-882-8100
Phone (local): 202-357-8100
Email: cisombudsman@hq.dhs.gov
Web: www.dhs.gov/cisombudsman

/cl

*The Office of the Citizenship and Immigration Services Ombudsman is an **independent**, **impartial**, and **confidential** resource. We advocate for a **fair** and **efficient** immigration process.*

EXHIBIT 7

# Check Case Processing Times

Select your form number and the office that is processing your case

*For more information about case processing times and reading your receipt notice,* <u>click here</u> <u>(./more-info)</u>.

**Form**

| I-485 | Application to Register Permanent Residence or Adjust Status ⌄ |
|---|

**Field Office or Service Center**

| Milwaukee WI ⌄ |
|---|

**Get processing time**

## Processing time for Application to Register Permanent Residence or Adjust Status (I-485) at Milwaukee WI



Estimated time range

**10.5**
Months

to

**23.5**
Months

<u>Check your case status (https://egov.uscis.gov/casestatus/landing.do)</u>

ⓘ  **How we process cases**

This time range is how long it is taking USCIS to process your case from the date we received it. We generally process cases in the order we receive them, and we will update this page each month. The estimated time range displayed is based on data captured approximately two months prior to updating the page. Please note that times may change without prior notice.

We have posted a "Receipt date for a case inquiry" in the table below to show when you can inquire about your case. If your receipt date (./more-info) is before the "Receipt date for a case inquiry", you can submit an "outside normal processing time" service request online (https://egov.uscis.gov/e-request).

| Estimated time range | Form type | Receipt date for a case inquiry |
|---|---|---|
| 13.5 Months to 23.5 Months | Employment-based adjustment applications | December 11, 2016 |
| 11.5 Months to 29 Months | Family-based adjustment applications | June 30, 2016 |

## Other case processing times resources

When to expect to receive your Green Card (./expect-green-card)

Processing information for the I-765 (./i765)

Affirmative Asylum Interview Scheduling (http://www.uscis.gov/humanitarian/refugees-asylum/asylum/affirmative-asylum-scheduling-bulletin)

Administrative Appeals Office (https://www.uscis.gov/about-us/directorates-and-program-offices/administrative-appeals-office-aao/aao-processing-times)

International Offices (./international-operations-office)

Historical Average Processing Times (./historic-pt)

## Case management tools

Inquire about a case outside normal processing time (https://egov.uscis.gov/e-request/displayONPTForm.do?entryPoint=init&sroPageType=onpt)

Check your case status
(https://egov.uscis.gov/casestatus/landing.do)

Update your mailing address (https://egov.uscis.gov/crisgwi/go?
action=coa&localeLang=en_US)

Ask about missing mail (https://egov.uscis.gov/e-Request/Intro.do)

Correct a typographical error
(https://egov.uscis.gov/e-request/displayTypoForm.do?
entryPoint=init&sroPageType=typoError)

Request appointment accommodations
(https://egov.uscis.gov/e-request/displayAccomForm.do?
entryPoint=init&sroPageType=accommodations)

# EXHIBIT 8



**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Office of Domestic Operations Directorate*
Washington, DC 20529

**U.S. Citizenship
and Immigration
Services**

HQ 70/23 & 70/28.1

FEB - **9** 2009

# Memorandum

TO:        Field Leadership

FROM:    Donald Neufeld
           Acting Associate Director, Domestic Operations

SUBJECT: National Security Adjudication and Reporting Requirements-Update

**Background**

U.S. Citizenship and Immigration Services (USCIS) conducts background checks on all applicants, petitioners and beneficiaries seeking immigration benefits.

On February 4, 2008, USCIS issued a memorandum advising USCIS officers that if the following types of applications were otherwise approvable, and the name check request was still pending with the FBI for more than 180 days, the application shall be approved.

- Form I-485, Application for Adjustment of Status ,
- Form I-601, Application for Waiver of Ground of Inadmissibility,
- Form I-687, Application for Status as a Temporary Resident Under Section 245A of the Immigration and Nationality Act, or
- Form I-698, Application to Adjust Status from Temporary to Permanent Resident (Under Section 245A of Public Law 99-603).

USCIS issued this guidance in response to a DHS Office of Inspector General (OIG-06-06) recommendation that the agency conform its background and security check policies with those of U.S. Immigration and Customs Enforcement (ICE).

Over the past year, the FBI has worked diligently to ensure that definitive FBI name check results are returned to USCIS in less than 180 days. In fact, the FBI is currently returning name check results on average in 90 days. Few, if any, name checks remain pending at the FBI for 180 days. In light of FBI's improved processing and response times, USCIS is revising its policy of automatic approval of certain cases after 180 days. Effective immediately, adjudicators will be

National Security Adjudication and Reporting Requirements-Update
Page 2

required to contact Headquarters to obtain authorization to approve the pending I-485, I-601, I-687, or I-698 prior to receiving the FBI name check results.

**Implementation**

This memorandum supersedes the February 4th, 2008, memorandum and is effective immediately. USCIS is also retracting the earlier released, January 22, 2009, memorandum that includes an identical subject line. Questions regarding this memorandum should be directed through appropriate supervisory and operational channels. Local offices should work through their chain of command.

**Revised Guidance**

A definitive FBI fingerprint check and the IBIS check must be obtained and resolved before an Application for Adjustment of Status (I-485), Application for Waiver of Ground of Inadmissibility (I-601), Application for Status as a Temporary Resident Under Section 245A of the Immigration and Nationality Act (I-687), or Application to Adjust Status from Temporary to Permanent Resident (Under Section 245A of Public Law 99-603)(I-698) is approved.

USCIS will continue to initiate FBI name checks when those applications are received. Where the application is otherwise approvable and the FBI name check has been pending for more than 150 days, the adjudicator shall notify a designated point of contact at Headquarters. The Headquarters point of contact will reach out to the FBI to determine the reason for the FBI name check processing delay. HQDOMO will then provide the adjudicating officer with case specific guidance, including where appropriate authorization to approve the pending I-485, I-601, I-687, or I-698 prior to receiving the FBI name check results.

As described in the February 4, 2008, memorandum, if derogatory or adverse information is received from the FBI after the application is approved, USCIS will determine if rescission or removal proceedings are appropriate and warranted.

There is no change in the requirement that FBI fingerprint check, IBIS check, and FBI name check results must be obtained and resolved prior to approval of an Application for Naturalization (N-400).

Distribution List:
Regional Directors
Service Center Directors
District Directors (except foreign)
Field Office Directors (except foreign)
National Benefits Center Director